IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Docket No. 19 C 7528 |
| Plaintiff, | ) ) | Chicago, Illinois February 20, 2020 |
| v. | ) ) | 9:44 a.m. |
| RISHI SHAH, SHRADHA AGARWAL, BRAD PURDY, and ASHIK DESAI, | ) ) ) ) | |
| Defendants. | ) | |

TRANSCRIPT OF PROCEEDINGS - Status
BEFORE THE HONORABLE THOMAS M. DURKIN

APPEARANCES:

For the Plaintiff:  MR. TIMOTHY S. LEIMAN
                    U.S. Securities and Exchange Commission
                    Chicago Regional Office
                    175 W. Jackson Boulevard
                    Suite 1450
                    Chicago, IL 60604


For Defendant       MR. JONATHAN C. BUNGE
Rishi Shah:         MS. MARGARET HAAS
                    Quinn Emanuel Urquhart & Sullivan LLP
                    191 N. Wacker Drive
                    Suite 2700
                    Chicago, IL 60606


For Defendant       MS. CHRISTINA M. EGAN
Shradha Agarwal:    MR. VINU G. JOSEPH
                    McGuireWoods LLP
                    77 W. Wacker Drive
                    Suite 4100
                    Chicago, IL 60601

APPEARANCES (Cont'd.):

For Defendant          MR. THEODORE T. POULOS
Brady Purdy:           MS. EMILY C.R. VERMYLEN
                       Cotsirilos Tighe Streicker
                         Poulos & Campbell Ltd.
                       33 N. Dearborn Street
                       Suite 600
                       Chicago, IL 60602


Court Reporter:        LAURA R. RENKE, CSR, RDR, CRR
                       Official Court Reporter
                       219 S. Dearborn Street, Room 1432
                       Chicago, IL 60604
                       312.435.6053
                       laura_renke@ilnd.uscourts.gov

(In open court.)

THE CLERK: 19 C 7528, U.S. SEC v. Desai.

MR. LEIMAN: Good morning, your Honor. Tim Leiman for the Securities and Exchange Commission.

THE COURT: All right. And on behalf of the --

MR. POULOS: Ted Poulos and Emily Vermylen on behalf of defendant Purdy.

MS. EGAN: Christina Egan on behalf -- and Vinu Joseph on behalf of Ms. Agarwal.

MR. BUNGE: And Jon Bunge and Margaret Haas for Mr. Shah.

THE COURT: All right. We put a stay on this case while the criminal case is being resolved. Any reason not to continue that?

MR. LEIMAN: No, your Honor.

THE COURT: All right. Any objection to that by defendants?

MS. EGAN: No, your Honor.

MR. POULOS: Your Honor, just could you use -- there was a pending motion to stay the SEC case, and we've -- we had -- the defendants have not resolved what position to take on that until matters of counsel as to Mr. Shah and Ms. Agarwal are determined. But --

THE COURT: All right.

MR. POULOS: So we had stayed the issue of the stay,

just to be clear.

THE COURT: All right. Well, that's fine. I basically entered and continued the motion.

MR. POULOS: Exactly.

THE COURT: I'll do the same on that in this case through the March 20th date that we have set for this case next time. I think that's the best way to do it. Thanks, Mr. Poulos, for pointing that out.

Anything else we ought to discuss?

MR. LEIMAN: No, your Honor.

THE COURT: From defense?

MS. EGAN: No, your Honor.

THE COURT: Okay. Thank you.

MS. EGAN: Thank you.

(Concluded at 9:45 a.m.)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter.


*/s/ LAURA R. RENKE*                    *April 13, 2020*
LAURA R. RENKE, CSR, RDR, CRR
Official Court Reporter